**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001218
30-JUN-2015
08:22 AM**

NO. CAAP-14-0001218

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD BLAISDELL, Plaintiff-Appellant, v.
DEPARTMENT OF PUBLIC SAFETY, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2008-09)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On October 28, 2014, Plaintiff-Appellant Richard Blaisdell (Appellant), pro se, filed a notice of appeal;

(2) On November 14, 2014, the circuit court clerk filed the record on appeal, and the appellate clerk notified Appellant that, among other things, the opening brief was due by December 24, 2014;

(3) Appellant did not file the opening brief;

(4) On February 11, 2015, the appellate clerk filed a default of opening brief;

(5) In response, Appellant filed a motion to determine appellate jurisdiction on February 23, 2015;

(6) On April 15, 2015, the court granted the February 23, 2015 motion and, among other things, extended the opening brief due date to fifty days from the date of the order, or June 4, 2015;

(7) Again, Appellant failed to file the opening brief;

(8) On June 12, 2015, the appellate clerk filed another default of opening brief, informing Appellant that the time for filing the opening brief had expired on June 4, 2015, and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on June 22, 2015, for such action as the court deems proper, which could include dismissal; and

(9) Thereafter, Appellant did not file the opening brief, or respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 30, 2015.

Presiding Judge

Associate Judge

Associate Judge